Honorable James L. Robart

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
9                      AT SEATTLE

10  UNITED STATES OF AMERICA *ex rel.*
11  RAJU A.T. DAHLSTROM,                       NO. 16-CV-0052-JLR

12  STATE OF WASHINGTON, *ex rel. RAJU*        STIPULATED MOTION FOR
    *A.T. DAHLSTROM*                           AMENDED ORDER REGARDING
13                                             INITIAL DISCLOSURES, JOINT
14              Plaintiffs,                    STATUS REPORT, AND EARLY
                                               SETTLEMENT AND [PROPOSED]
         v.                                    ORDER
15
16  SAUK-SUIATTLE INDIAN TRIBE of
    Washington, A Federally-Recognized Indian  **Note on Motion Calendar:**
17  Tribe, RONDA KAY METCALF,                  May 18, 2017
    CHRISTINE MARIE JODY MORLOCK, and
18  ROBERT LARRY MORLOCK (all defendants
    are sued in their official and/or individual
19  capacities where permitted by statute)

20  COMMUNITY NATURAL MEDICINE,
    PLLC, CHRISTINE MARIE JODY
21  MORLOCK, ROBERT LARRY MORLOCK;
    RONDA KAY METCALF, are sued in their
22  official and/or individual capacities.

23              Defendants.

24

25

26

27

STIPULATED MOTION FOR                 FLOYD, PFLUEGER & RINGER P.S.
AMENDED ORDER REGARDING INITIAL       200 WEST THOMAS STREET, SUITE 500
DISCLOSURES, JOINT STATUS REPORT, AND SEATTLE, WA  98119
EARLY SETTLEMENT AND [PROPOSED] ORDER - 1  TEL 206 441-4455
                                      FAX 206 441-8484

1

## JOINT STIPULATION

2

3

COMES NOW plaintiff, Raju Dahlstrom, by and through his attorney, Richard L. Pope,

and defendants, by and through their attorneys Jack W. Fiander, Thomas B. Nedderman, John

4

5

A. Safarli,[1] stipulate and agree to amendment of the dates set forth in this Court's Order

Regarding Initial Disclosures, Joint Status Report, and Early Settlement Order. Dkt. #40.

6

7

WHEREFORE, the parties agree[2] that the new dates for the initial disclosures and

submission of the Joint Status Report and Discovery Plan shall be:

8

9

Deadline for FRCP 26(f) Conference: **6/1/2017**

10

11

Initial Disclosures Pursuant to FRCP 26(a) (1): **6/15/2017**

12

Combined Joint Status Report and Discovery Plan as Required by FRCP
26(f) and Local Civil Rule 26(f): **6/22/2017**

13

14

**SO STIPULATED.**

15

Dated this _____ day of May, 2017.

16

17

/s/ _____
RICHARD L. POPE
Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
Phone: 425-829-5305
Email: rp98007@gmail.com
*Attorney for Plaintiff*

18

19

20

21

22

23

24

[1] Mr. Fiander has entered a notice of appearance for Christine Morlock, Robert Morlock, and Ronda Metcalf (the "Individual Defendants"), as well as Community Natural Medicine, PLLC. Messrs. Nedderman and Safarli have appeared for the Individual Defendants only.

25

26

[2] Mr. Safarli telephonically contacted Kayla Stahman, counsel or the United States, and Carrie Bashaw, counsel for the State of Washington, and advised them of this stipulation. Both counsel advised that they did not have a position on this stipulation.

27

STIPULATED MOTION FOR
AMENDED ORDER REGARDING INITIAL
DISCLOSURES, JOINT STATUS REPORT, AND
EARLY SETTLEMENT AND [PROPOSED] ORDER - 2

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA   98119
TEL 206 441-4455
FAX 206 441-8484

1    **SO STIPULATED.**

2    Dated this ___ day of May, 2017.

3
                        /s/
4                       THOMAS B. NEDDERMAN
                        Floyd, Pflueger & Ringer, P.S.
5                       200 W. Thomas St., Suite 500
                        Seattle, Washington 98026
6                       Phone: 206-441-4455
                        Email: tnedderman@floyd-ringer.com
7                       *Attorney for Defendants Christine Morlock,*
                        *Robert Morlock, and Ronda Metcalf*
8
     **SO STIPULATED.**
9
     Dated this ___ day of May, 2017.
10

11                      /s/
                        JACK W. FIANDER
12                      Towtnuk Law Offices LTD
                        Sacred Ground Legal Services, Inc.
13                      5808A Summitview Ave, Suite 97
                        Yakima, WA 98908
14                      Seattle, 98026
                        Phone: 509-961-0096
15                      Email: towtnuklaw@msn.com
                        *Attorney for Defendants Community Natural*
16                      *Medicine, PLLC, Christine Morlock, Robert*
                        *Morlock, and Ronda Metcalf*
17

18                              **ORDER**

19        The Court, having reviewed the pleadings and record in this matter and the parties

20
     having stipulated and agreed, it is hereby **ORDERED** that the Order Regarding Initial
21
     Disclosures, Joint Status Report, and Early Settlement shall be amended as provided above
22
     herein.
23

24    Dated this 19th day of May, 2017.

25

26
                        United States District Court Judge
27

STIPULATED MOTION FOR
AMENDED ORDER REGARDING INITIAL
DISCLOSURES, JOINT STATUS REPORT, AND
EARLY SETTLEMENT AND [PROPOSED] ORDER - 3

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

1

CERTIFICATE OF SERVICE

2

The undersigned hereby certifies under penalty of perjury under the laws of the United

3

States that on the date noted below, a true and correct copy of the foregoing was delivered

4

and/or transmitted in the manner(s) noted below:

5

6

7

8

Kayla C. Stahman                     *Counsel for Plaintiff*      [  ] Via Messenger
United States Attorney's Office      *United States of*          [  ] Via Email
700 Stewart Street Ste. 5220         *America*                   [  ] Via Facsimile
Seattle, WA 98101                                                [  ] Via U.S. Mail
kayla.stahman@usdoj.gov                                          [X] Via CM/ECF

9

10

11

12

Carrie L. Bashaw                     *Counsel for Plaintiff*      [  ] Via Messenger
Attorney General's Office            *State of Washington*        [  ] Via Email
7141 Cleanwater Drive SW                                          [  ] Via Facsimile
PO Box 40124                                                      [  ] Via U.S. Mail
Olympia, WA 98504-0124                                           [X] Via CM/ECF
CarrieB@atg.wa.gov

13

14

15

16

Richard Lamar Pope, Jr.              *Counsel for Plaintiff*      [  ] Via Messenger
Lake Hills Legal Services PC         *Raju A.T. Dahlstrom*        [  ] Via Email
15600 NE 8th Street, Ste. B1-358                                 [  ] Via Facsimile
Bellevue, WA 98008                                               [  ] Via U.S. Mail
rp98007@gmail.com                                                [X] Via CM/ECF

17

18

19

Jack Warren Fiander                  *Counsel for Defendants*     [  ] Via Messenger
Towtnuk Law Offices, Ltd.                                        [  ] Via Email
Sacred Ground Legal Services, Inc.                               [  ] Via Facsimile
5808A Summitview Avenue, Ste. 97                                 [  ] Via U.S. Mail
Yakima, WA 98908                                                 [X] Via CM/ECF
Towtnuklaw@msn.com

20

21

DATED this __18__ day of May, 2017.

22

23

24

Rachel N. Burris, Legal Assistant

25

26

27

STIPULATED MOTION FOR
AMENDED ORDER REGARDING INITIAL
DISCLOSURES, JOINT STATUS REPORT, AND
EARLY SETTLEMENT AND [PROPOSED] ORDER - 4

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484