# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RAJU DAHLSTROM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAUK-SUIATTLE INDIAN TRIBE, et al., <br><br> Defendants. | CASE NO. C16-0052JLR <br><br> SHOW CAUSE MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

On March 23, 2017, the court issued an order requiring the parties to file a Joint Status Report by April 27, 2017. (Dkt. # 40.) An extension of time was granted, giving the parties until June 22, 2017, to file the Joint Status Report. To date, no Joint Status Report has been filed.

//

//

It is ORDERED that counsel show cause by <u>July 24, 2017</u>, why this action should not be dismissed for failing to comply with Order Requiring Joint Status Report.  Absent a timely response to this Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 12th day of July, 2017.

                                        WILLIAM M. MCCOOL
                                        Clerk of Court

                                        s/ Ashleigh Drecktrah
                                        Deputy Clerk