UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C16-0052JLR |
| Plaintiff, | ORDER |
| v. | |
| SAUK-SUIATTLE INDIAN TRIBE OF WASHINGTON, | |
| Defendant. | |

On July 12, 2017, the court issued an order to show cause why this action should not be dismissed for failing to timely file a joint status report. (OSC (Dkt. # 45).) On July 17, 2017, the parties filed an untimely joint status report. (JSR (Dkt. # 46).) The untimely filing of a joint status report does not absolve the parties of their duty to respond

//

//

//

ORDER - 1

1 | to the court's order to show cause and provide an explanation why this action should not
2 | be dismissed for failure to timely comply with the court's orders.
3 |     Dated this 18th day of July, 2017.

_____

JAMES L. ROBART
United States District Judge

ORDER - 2