UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RAJU A.T. DAHLSTROM, et al.,<br><br>                    Plaintiffs,<br>          v.<br><br>SAUK-SUIATTLE INDIAN TRIBE OF WASHINGTON, et al.,<br><br>                    Defendants. | CASE NO. C16-0052JLR<br><br>ORDER |

The court reviewed the parties' responses to the court's July 12, 2017, order to show cause. (*See* Def. Resp. (Dkt. # 48); Plf. Resp. (Dkt. # 50); *see also* OSC (Dkt. # 45); 7/18/17 Order (Dkt. # 47) (directing the parties to respond to the order to show cause).) The court will not impose sanctions for the parties' failure to abide by the court's March 23, 2017, scheduling order and May 19, 2017, order granting the parties an extension of those deadlines. (*See* 3/23/17 Order (Dkt. # 40); 5/19/17 Order (Dkt. # 44).)

ORDER - 1

1  The court cautions the parties, however, that further failure to adhere to the court's orders
2  may result in sanctions, including but not limited to the dismissal of this lawsuit.  Further,
3  if counsel is unable to adequately and timely represent a party to this litigation due to
4  ongoing personal circumstances, then counsel should consider associating with additional
5  lawyers to ensure the timely and adequate representation of all parties.

6    Dated this 25th day of July, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge