UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. RAJU A.T. DAHLSTROM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAUK-SUIATTLE INDIAN TRIBE OF WASHINGTON, et al., <br><br> Defendants. | CASE NO. C16-0052JLR <br><br> ORDER STRIKING DISCOVERY MOTION |

Before the court is Defendants Ronda Metcalf, Christine Morlock, and Robert Morlock's (collectively, "Defendants") motion to compel Plaintiff Raju A.T. Dahlstrom to produce responses and supplement responses to certain discovery requests. (Mot. (Dkt. # 56).) Defendants filed their motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's August 3, 2017, amended scheduling order. (*See* Am. Sched. Order (Dkt. # 53) at 2 (citing Fed. R. Civ. P.

16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES Defendants' motion to compel discovery (Dkt. # 56) without prejudice to refiling the motion in a manner that comports with the court's scheduling order.

Dated this 26th day of April, 2018.

*[signature]*

JAMES L. ROBART
United States District Judge