Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RAJU A.T. DAHLSTROM,<br><br>STATE OF WASHINGTON, *ex rel.* RAJU A.T. DAHLSTROM<br><br>Plaintiffs,<br>v.<br><br>SAUK-SUIATTLE INDIAN TRIBE of Washington, A Federally-Recognized Indian Tribe, RONDA KAY METCALF, CHRISTINE MARIE JODY MORLOCK, and ROBERT LARRY MORLOCK (all defendants are sued in their official and/or individual capacities where permitted by statute)<br><br>COMMUNITY NATURAL MEDICINE, PLLC, CHRISTINE MARIE JODY MORLOCK, ROBERT LARRY MORLOCK; RONDA KAY METCALF, are sued in their official and/or individual capacities.<br><br>Defendants. | NO. 16-CV-00052-JLR (AND ORDER)<br><br>SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE<br><br>Noting Date: June 28, 2018 |

## STIPULATION

The parties, by and through their attorneys of record, hereby request the Court continue the trial date in this matter to the end of its trial calendar, as it offered in its June 26, 2018

SECOND STIPULATED MOTION TO CONTINUE
TRIAL DATE - 1

Case No. 16-CV-0052-JLR

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

1  Order (Dkt. #60). The parties understand that the Court will not issue new deadlines for those
2  which have already passed and appreciate its willingness to continue the trial date. (*See* Dkt.
3  #60 at n.2). A proposed order accompanies this Motion.
4      RESPECTFULLY SUBMITTED THIS 28th day of June, 2018.
5
6  LAKE HILLS LEGAL SERVICES, P.C.
7
8  By: /s/ Richard L. Pope, Jr.
   Richard L. Pope, Jr., WSBA No. 21118
9  Rp98007@gmail.com
   LAKE HILLS LEGAL SERVICES, P.C.
10 5600 NE 8th St Ste. B1-358
11 Bellevue, WA 98008-3927
   Tel (425) 829-5305
12 Attorney for Plaintiff
13
14 FLOYD PFLUEGER & RINGER, P.S.
15
16 By: /s/ Thomas B. Nedderman
   Thomas B. Nedderman, WSBA No. 28944
17 tnedderman@floyd-ringer.com
   William J. Dow, WSBA No. 51155
18 wdow@floyd-ringer.com
   FLOYD, PFLUEGER & RINGER P.S.
19 200 W. Thomas Street, Suite 500
20 Seattle, WA 98119
   Tel (206) 441-4455
21 Fax (206) 441-8484
   *Attorney for Defendants*
22
23
24
25
26
27

SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE - 2

Case No. 16-CV-0052-JLR

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484



## ~~PROPOSED~~ ORDER

This matter comes before the Court on the Parties' Second Stipulated Motion to Continue Trial Date. (Dkt. #61). The Court grants the Parties' Motion and orders the trial date continued to the end of its trial calendar.

The Clerk shall issue a new case schedule for related trial pretrial deadlines based on the new trial date, other than new deadlines for joining additional parties, amending pleadings, or disclosing expert testimony because these deadlines have already expired.

It is so ORDERED.

DATED this 2nd day of July, 2018.

JAMES L. ROBART
United States District Judge

SECOND STIPULATED MOTION TO CONTINUE
TRIAL DATE - 3

Case No. 16-CV-0052-JLR

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the United States that on the date noted below, a true and correct copy of the foregoing was delivered and/or transmitted in the manner(s) noted below:

| | | |
|---|---|---|
| Kayla C. Stahman<br>United States Attorney's Office<br>700 Stewart Street Ste. 5220<br>Seattle, WA 98101<br>kayla.stahman@usdoj.gov | *Counsel for Plaintiff*<br>*United States of*<br>*America* | [ ] Via Messenger<br>[ ] Via Email<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail<br>[X] Via CM/ECF |
| Carrie L. Bashaw<br>Attorney General's Office<br>7141 Cleanwater Drive SW<br>PO Box 40124<br>Olympia, WA 98504-0124<br>CarrieB@atg.wa.gov | *Counsel for Plaintiff*<br>*State of Washington* | [ ] Via Messenger<br>[ ] Via Email<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail<br>[X] Via CM/ECF |
| Richard Lamar Pope, Jr.<br>Lake Hills Legal Services PC<br>15600 NE 8th Street, Ste. B1-358<br>Bellevue, WA 98008<br>rp98007@gmail.com | *Counsel for Plaintiff*<br>*Raju A.T. Dahlstrom* | [ ] Via Messenger<br>[ ] Via Email<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail<br>[X] Via CM/ECF |
| Jack Warren Fiander<br>Towtnuk Law Offices, Ltd.<br>Sacred Ground Legal Services, Inc.<br>5808A Summitview Avenue, Ste. 97<br>Yakima, WA 98908<br>Towtnuklaw@msn.com | *Counsel for Defendants* | [ ] Via Messenger<br>[ ] Via Email<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail<br>[X] Via CM/ECF |

DATED this 28th day of June, 2018 at Seattle, Washington.

s/ Susan L. Klotz
Susan L. Klotz, Legal Assistant

SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE - 4

Case No. 16-CV-0052-JLR

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484