UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RAJU A.T. DAHLSTROM,<br><br>STATE OF WASHINGTON, *ex rel.* RAJU A.T. DAHLSTROM<br><br>               PlaintiffS,<br>   v.<br><br>SAUK-SUIATTLE INDIAN TRIBE OF WASHINGTON, *et al.*,<br><br>               Defendants. | CASE NO. C16-0052 JLR<br><br>ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE |

Before the court is Plaintiff's counsel's motion for relief from the September 12, 2019, deadline to respond to the court's order to show cause. (MFR (Dkt. # 80); *see also* 8/29/19 Order (Dkt. # 79) at 36-38.) Plaintiff's counsel seeks an extension of the deadline to respond to the court's order to show cause from September 12, 2019, to September 26, 2019. (MFR at 1.) The court finds good cause exists for the extension

ORDER - 1

and therefore GRANTS the motion.  Plaintiff's counsel shall respond to the court's order to show cause and Defendants' response to the court's order to show cause, if any, no later than September 26, 2019.  Defendants shall file their response to the court's order to show cause, if any, no later than September 12, 2019.

Dated this 30th day of August, 2019.

JAMES L. ROBART
United States District Judge