|    |                                                                      |                                          |
|----|----------------------------------------------------------------------|------------------------------------------|
| 1  |                                                                      |                                          |
| 2  |                                                                      |                                          |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C16-0052JLR |
|---|---|
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO MOTION FOR RECONSIDERATION |
| v. | |
| SAUK-SUIATTLE INDIAN TRIBE OF WASHINGTON, | |
| Defendant. | |

Before the court is Attorney Richard L. Pope, Jr.'s motion for reconsideration in part of the court's November 15, 2019, order. (MFR (Dkt. # 106); *see also* 11/15/19 Order (Dkt. # 105).) Pursuant to Local Civil Rule 7(h)(3), the court directs Defendants to respond to Mr. Pope's motion for reconsideration in part by no later than Monday, December 16, 2019. *See* Local Rules W.D. Wash. LCR 7(h)(3). Defendants responsive memorandum shall be no longer than seven (7) pages. Mr. Pope's reply, if any, shall be filed by no later than Friday, December 20, 2019, and shall be no longer than four (4)

pages in length.  The court DIRECTS the clerk to re-note Mr. Pope's motion for reconsideration in part (Dkt. # 106) to December 20, 2019.

Dated this 4th day of December, 2019.

JAMES L. ROBART
United States District Judge