Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RAJU A.T. DAHLSTROM,<br><br>STATE OF WASHINGTON, *ex rel.* RAJU A.T. DAHLSTROM<br><br>Plaintiffs,<br>v.<br><br>SAUK-SUIATTLE INDIAN TRIBE of Washington, RONDA KAY METCALF, CHRISTINE MARIE JODY MORLOCK, ROBERT LARRY MORLOCK, and COMMUNITY NATURAL MEDICINE, PLLC,<br><br>Defendants. | NO. 16-CV-0052-JLR<br><br>DECLARATION OF THOMAS B. NEDDERMAN REGARDING PLAINTIFF'S MOTION FOR RECONSIDERATION |

I, THOMAS B. NEDDERMAN, state and declare as follows:

1. I am counsel of record for the individual defendants in the above-captioned matter. I am over the age of 18 years and am competent to testify. All matters stated herein are made from my personal knowledge.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of the discovery requests Mr. Pope sent to Defendants in June 2018. Mr. Pope did not seek supplementation or send additional requests on behalf of his clients.

DECLARATION OF THOMAS B. NEDDERMAN REGARDING PLAINTIFF'S MOTION FOR RECONSIDERATION - 1

NO. 16-CV-0052-JLR

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

1  I certify (or declare) under penalty of perjury under the laws of the State of Washington
2  and the United States of America that the foregoing is true and correct.
3  DATED in Seattle, Washington this 16th day of December, 2019.

       FLOYD PFLUEGER & RINGER, P.S.

      By: /s/Thomas B. Nedderman
        Thomas B. Nedderman, WSBA No. 28944
        tnedderman@floyd-ringer.com
        FLOYD, PFLUEGER & RINGER P.S.
        200 W. Thomas Street, Suite 500
        Seattle, WA 98119
        Tel (206) 441-4455
        Fax (206) 441-8484
        *Counsel for Defendants Robert Morlock, Christine Morlock, and Ronda Metcalf*

DECLARATION OF THOMAS B. NEDDERMAN REGARDING PLAINTIFF'S MOTION FOR RECONSIDERATION - 2

NO. 16-CV-0052-JLR

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484